1108944 7
3/4/10
3.99

TO: CLERK

FROM: THOMAS A. DOREY, PO Box 247, Lakewood, N.Y. 14750

DATE: 3-01-10

CASE: Debra L. Steadman

DOCKET #: 07-00342

Enclosed please find:

( ) Chambers Copy of Motion

( ) Proposed Order

(✓) Checks under $5.00

( ) Other   P/c 1   Capital Recovery One
$1.59   25 SE 2nd Ave Suite 1120
        Miami, FL 33131

        P/c 6   Cellular One
$2.40   POB 16110
        Duluth, MN 55816

——————
$3.99

FILED
MAR - 4 2010
BANKRUPTCY COURT
BUFFALO, N.Y.